RECEIVED
IN LAKE CHARLES, LA

SEP 15 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| COURTNEY ALEMAN, ET AL. | : | DOCKET NO. 05-1027 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| WILLIAM C. CRAMER, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT OF REMAND

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly,

IT IS ORDERED that plaintiffs' motion to remand [doc. # 16] be, and it is hereby GRANTED. The cause is remanded to the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana.

IT IS FURTHER ORDERED that plaintiffs' request for fees be, and it is hereby DENIED.

IT IS FURTHER ORDERED that the Clerk of Court make out a certified copy of this judgment, and forward the same to the Clerk of the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 15 day of Sept, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE